ANDREW JUSTICE *v.* HARVEY JUSTICE.

Contracts—Acceptance of Confederate Paper Induced by Promise to See
    that it Was Good Money—Statute of Frauds.
        The acceptance of the Confederate paper was induced by the appellant's
        promise to see that it was good money, and he thereby undertook to pay
        his own debt. A written memorial of the contract was, therefore, un-
        necessary.

Same—Contract not Illegal.
        As it is not shown that the place where the contract was made was
        not under the control of the Confederate army, it cannot be adjudged
        that the contract was illegal.

APPEAL FROM PIKE CIRCUIT COURT.

January 14, 1868.

OPINION OF THE COURT BY JUDGE ROBERTSON:

This case does not depend on a collateral contract by the appel-
lant to pay the debt of another. The acceptance of the Confederate
paper was induced by the appellant's promise to see that it was
good money. The surrender of the note on Philips was induced
by that promise, and all who made it thereby undertook to pay
their own debt. A written memorial of the contract was, there-
fore, unnecessary, the statute of frauds applyig only to an under-
taking to pay the debt of another. Moreover, the writing exhibited
was sufficiently intelligible to take the case out of the statute.
And consequently its exclusion by the court was erroneous, and
would have been cause of reversal if the verdict had been for the
appellant.

And, as the appellee never circulated the Confederate notes, and
especially as it is not shown that the place where the contract was
made was not under the control of the Confederate army, we
cannot adjudge that the contract was illegal.

Wherefore, the judgment is *affirmed.*

*Harlan, for appellant.*
*Burns, for appellee.*